No. 67928.—M. Adlers Son, Inc., et al. *v.* United States, protests 62/15479, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 14, 1963

No. 67929.—General Chain & Belt Co. *v.* United States, protest 60/23352 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of extractors or parts thereof in chief value of metal the same in all material respects as those the subject of *General Chain & Belt Co.* v. *United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 15, 1963

No. 67930.—Etta Hat Co. *v.* United States, protests 61/20084, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.